THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BALLARD MARINE CONSTRUCTION LLC, | CASE NO. C21-5140-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JAVELER MARINE SERVICES LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

In two joint status reports, the parties have stated they are in the process of settlement negotiations. (Dkt. Nos. 8–9.) In their August 17, 2021 joint status report, they stated they would provide another update in 60 days (Dkt. No. 9 at 2), but they never did so.

It is thus ORDERED that within 15 days, the parties must (1) file a notice of voluntary dismissal under Rule 41(a)(1)(A)(ii), or (2) submit a joint status report proposing a reasonable timeline for disposing of the case based on settlement or, if settlement is not possible, moving forward with the litigation.

//

//

//

MINUTE ORDER
C21-5140-JCC
PAGE - 1

DATED this 13th day of December 2021.

Ravi Subramanian  
Clerk of Court

s/Sandra Rawski  
Deputy Clerk

MINUTE ORDER
C21-5140-JCC
PAGE - 2